No. 908. NEW YORK & LONG BRANCH RAILROAD CO. *v.* FURY. March 2, 1942. Petition for writ of certiorari to the Monmouth County Court of Common Pleas, of New Jersey, denied. *Messrs. Howard L. Kern* and *William F. Hanlon* for petitioner. *Mr. John J. Quinn* for respondent.

No. 915. McINTOSH *v.* WIGGINS. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Paul Bakewell, Jr.* for petitioner. *Messrs. Harry W. Kroeger* and *Daniel N. Kirby* for respondent.

No. 916. TUTTLE ET AL. *v.* BELL, COUNTY TREASURER. March 2, 1942. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Leland K. Neeves* for petitioners. *Mr. Charles J. McKeown* for respondent.

No. 835. J. A. ZACHARIASSEN & CO. *v.* UNITED STATES. March 9, 1942. Petition for writ of certiorari to the Court of Claims denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Messrs. John G. Poore* and *James C. Webster* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Paul A. Sweeney* for the United States.

No. 900. SHERIDAN ET AL., TRUSTEES, ET AL. *v.* ROTHENSIES, COLLECTOR OF INTERNAL REVENUE. March 9, 1942. Petition for writ of certiorari to the Circuit Court of Ap-